IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| vs. | * No. 3:11CV00176 SWW * |
| CITY OF BLYTHEVILLE, ARKANSAS, | * * |
| Defendant. | * * |

## Order of Dismissal

Pursuant to the stipulation filed by the parties that this matter may be dismissed,

IT IS THEREFORE ORDERED that plaintiff's complaint against defendant in this matter hereby is dismissed with prejudice. Each party to bear its own costs.

DATED this 5th day of September, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE